JOHN T. RYAN, JR., ET AL. v. BONNIE CHILDRESS, ETC., ET AL.

March 21, 1989.

Petition for certification denied.

PAUL GAUER v. BLOOMFIELD ZONING BOARD
OF ADJUSTMENT.

March 21, 1989.

Petition for certification denied.

IN THE MATTER OF THE ISSUANCE OF A PERMIT BY THE
DEPARTMENT OF ENVIRONMENTAL PROTECTION TO
CIBA–GEIGY CORPORATION IN THE MATTER OF NEW JER-
SEY POLLUTANT DISCHARGE ELIMINATION SYSTEM PER-
MIT ISSUED TO CIBA–GEIGY CORPORATION UNDER DATE
OF MAY 8, 1985, EFFECTIVE JULY 1, 1985, PERMIT NO.
NJ–0004120 BOROUGH OF LAVELLETTE, BOROUGH OF SEA-
SIDE PARK, OCEAN COUNTY CITIZENS FOR CLEAN WATER,
SENATOR JOHN F. RUSSO, ET AL.

v.

N.J. DEPARTMENT OF ENVIRONMENTAL PROTECTION AND
CIBA–GEIGY CORPORATION.

March 21, 1989.

Petition for certification granted.